# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | | |
|---|---|---|
| **Plaintiff(s):** | Michael Sawyer | **Defendant(s):** Arizona United Soccer Club, LLC d/b/a Phoenix Rising Football Club and d/b/a Phoenix Rising FC ; Michael McCoy ; Robert Dulle ; Jane Doe Dulle ; Phoenix Rising FC, LLC |
| County of Residence: Maricopa | | County of Residence: Maricopa |
| County Where Claim For Relief Arose: Maricopa | | |

Plaintiff's Atty(s):

**Timothy F Coons** (Michael Sawyer )
**Denton Peterson, P.C.**
**1930 N. Arboleda, Suite 200**
**Mesa, Arizona  85213**
**480-325-9900**

Defendant's Atty(s):

| | |
|---|---|
| II. Basis of Jurisdiction: | **1. U.S. Government Plaintiff** |
| III. Citizenship of Principal Parties **(Diversity Cases Only)** | |
| Plaintiff:- | **N/A** |
| Defendant:- | **N/A** |
| IV. Origin : | **1. Original Proceeding** |
| V. Nature of Suit: | **710 Fair Labor Standards Act** |
| VI.Cause of Action: | **Retaliation and Overtime Compensation - 29 USC 201 et seq. and Breach of Contract** |

VII. Requested in Complaint

        Class Action: **No**
        Dollar Demand:
        Jury Demand: **Yes**

VIII. This case **is not related** to another case.

**Signature:** Timothy F. Coons

**Date:** 06/15/17

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014