**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Michael Sawyer, | No. CV-17-01860-PHX-JAT |
| Plaintiff, | **ORDER APPROVING SETTLEMENT AND DISMISSAL OF CLAIMS WITH PREJUDICE** |
| vs. | |
| Phoenix Rising FC, LLC, previously doing business as Arizona United Soccer Club, LLC d/b/a Phoenix Rising Football Club and d/b/a Phoenix Rising FC, an Arizona Limited Liability Company; Arizona United Soccer Club, LLC, an inactive Arizona limited liability company; Michael McCoy, an individual; Robert Dulle and Jane Doe Dulle, a married couple; | |
| Defendants. | |

The Court having considered the Parties' Joint Motion For Approval of Settlement and Dismissal of Claims With Prejudice (Doc. 30) and Joint Memorandum of Law in Support of Joint Motion For Approval of Settlement and Dismissal of Claims With Prejudice (Doc. 31), and good cause appearing,

**IT IS ORDERED** that the motion (Doc. 30) is granted and that the Settlement Agreement and General Release between the parties is approved as a fair and reasonable settlement of Plaintiff's claims under the Fair Labor Standards Act; and

/ / /

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED** that that the above-captioned and numbered action is dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

Dated this 19th day of December, 2017.

James A. Teilborg
Senior United States District Judge